_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 02, 2018

**ORDER**

MARILYN CASTON, ESQ.  
Nevada State Bar No. 11654  
NEVADA FAMILY LAW GROUP, LLC  
10120 South Eastern Avenue, Suite 140  
Henderson, Nevada 89052  
Tel.: (702) 910-4300  
Fax: (702) 910-4303  
*Mckinneylaw3@gmail.com*  
*Attorneys for Debtor*

E-filed on June 29, 2018.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

JUDITH ALMANZAR

(Debtor)

Case No.: 18-10668-mkn  
Chapter 13

Date of Hearing: June 27, 2018  
Time of Hearing: 2:30 p.m.  
Place of Hearing: Courtroom No. 2  
                   Foley Federal Building  
                   300 S. Las Vegas Blvd.  
                   Las Vegas, Nevada 89101  
Judge: Hon. Mike K. Nakagawa

## ORDER APPROVING MOTION TO APPROVE SALE OF EXEMPT ASSET

THE ABOVE MATTER having been heard at the time and date above, upon Debtor's Motion to Approve Sale of Exempt Asset in the form of Debtor's Primary Residence located at 421 Dairy Creek Ave. with Debtor appearing by and through MARILYN CASTON, ESQ., no one appearing on behalf of Trustee Yarnall, and no oppositions having been made by the Chapter 13 Trustee, or Secured Creditor, and the Court having heard the representations of counsel for

Debtor at the time of hearing, and having reviewed the moving papers on file herein, and good cause appearing;

**THE COURT HEREBY FINDS** that good cause exists to grant Debtor's Motion to Approve Sale of Exempt Asset in the form of Debtor's Primary Residence located at 421 Dairy Creek Ave at a final sales price of $218,000.00.

**THEREFORE, IT IS HEREBY ORDERED** that Debtor's Motion to Approve Sale of Exempt Asset in the form of Debtor's Primary Residence located at 421 Dairy Creek Ave is hereby GRANTED.

**IT IS FURTHER ORDERED** that the commission fees due Realty One Group in their capacity as realtor, be allowed, approved, and ordered upon the successful completion of the sale transaction in the sum of 5% of the total sales price, or approximately $10,900.00.

**IT IS FURTHER ORDERED** that BUYER'S AGENT's professional commission fees be allowed, approved, and ordered upon the successful completion of the sale transaction in the sum of 2.5% of the total sales price, or approximately $5,450.00.

**IT IS FURTHER ORDERED** that the net excess sale proceeds, estimated to be $50,419.52, be allowed, approved, and ordered into Debtor's possession upon the successful completion of the sale transaction as an exempt asset of the Bankruptcy estate.

**IT IS SO ORDERED.**

**ALTERNATIVE METHOD RE: RULE 9021**

In accordance with LR 9021, counsel submitting this document certifies as follow (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

Approved/Disapproved/Failed to Respond

_____
RICK A. YARNALL            DATE
Chapter 13 Trustee

_ X _ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this Order with the Motion pursuant to LR 9014(g), and that no party has objected to the form or content of the Order.

Submitted By**:**    /s/Marilyn Caston, Esq.
MARILYN CASTON, ESQ.
Nevada State Bar No. 11654
NEVADA FAMILY LAW GROUP, LLC
10120 South Eastern Avenue, Suite 140
Henderson, Nevada 89052
Tel.: (702) 910-4300
Fax: (702) 910-4303
*Mckinneylaw3@gmail.com*
*Attorneys for Debtor*